**IN the INTEREST OF: D.C., D.C, and D.C., Minors**

**Petition of: J.F., Mother**

**No. 258 MAL 2017**

Supreme Court of Pennsylvania.

June 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**David CHALOEUNPORN, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA, Respondent**

**No. 62 EM 2017**

Supreme Court of Pennsylvania.

June 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of June, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for an Immediate Hearing are **DENIED.**